UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX NIKORA IV,

    Plaintiff,

v.

LAPEER INDUSTRIES, INC.,

    Defendant.

Case No. 19-cv-10816
Hon. Matthew F. Leitman

_____/

**ORDER (1) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (ECF No. 10), (2) DENYING DEFENDANT'S MOTION TO STRIKE SUPPLEMENTAL BRIEF (ECF No. 25) AS MOOT, AND (3) SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO AMEND COMPLAINT**

On March 27, 2020, the Court held a hearing on Plaintiff Alex Nikora IV's pending motion for class certification. (*See* Mot., ECF No. 10). For the reasons explained on the record during the motion hearing, **IT IS HEREBY ORDERED** as follows:

- Nikora's pending motion for class certification (ECF No. 10) is **DENIED WITHOUT PREJUDICE** at this time, and, if necessary, may be renewed following the Court's decision on the motion to amend mentioned below;

- Defendant Lapeer Industries, Inc.'s motion to strike Nikora's supplemental brief (ECF No. 25) is **DENIED AS MOOT**;

1

- By no later than **May 11, 2020**, Nikora may file a motion to amend his Complaint in order to add Desmond A. Robertson as a co-plaintiff in this action. Lapeer Industries shall file a response to the motion to amend by no later than **May 26, 2020**. Nikora shall file a reply brief by no later than **June 2, 2020**; and

- Once the Court resolves the motion to amend, it will schedule a status conference with counsel for all parties to determine the next steps in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 27, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 27, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764