UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX NIKORA IV,

    Plaintiff,                                         Case No. 19-cv-10816
                                                       Hon. Matthew F. Leitman

v.

LAPEER INDUSTRIES, INC.,

    Defendant.
_____/

### ORDER (1) STAYING AND CLOSING CASE FOR ADMINISTRATIVE PURPOSES AND (2) TERMINATING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (ECF No. 30) WITHOUT PREJUDICE

On November 3, 2020, Defendant Lapeer Industries, Inc. filed a notice that it has filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Michigan. (*See* Notice, ECF No. 33.) The filing of that petition requires the Court to stay this action. *See* 11 U.S.C. § 362(a).

The Court therefore **STAYS** this action until further order of the Court and directs the Clerk of the Court to close this action for administrative purposes. In addition, the Court **TERMINATES WITHOUT PREJUDICE** Plaintiff's motion for leave to file a First Amended Complaint. (*See* Mot., ECF No. 30.) Plaintiff may re-file that motion, if necessary, after the resolution of Lapeer Industries' bankruptcy

1

proceedings.  Finally, Lapeer Industries is directed to the inform the Court promptly once its bankruptcy action is resolved.  The Court will thereafter schedule a status conference to discuss next steps in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 4, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 4, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
